UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Yovanny Dominguez,

                        Plaintiff(s),

- against -

Brush Hollow Inn LLC,

                        Defendant(s),
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/19

19 Civ. 06724 (GHW)

**CLERK'S CERTIFICATE OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 7/18/2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Brush Hollow Inn LLC by personally serving Sue Zouky, Legal Clerk for Secretary of State, and proof of service was therefore filed on 8/13/2019, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      NOV 27, 2019

                                              RUBY J. KRAJICK
                                              Clerk of Court

                                  By: *KMango*
                                                Deputy Clerk