```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
                                                      ELECTRONICALLY FILED
------------------------------------------------X     DOC #: _____
YOVANNY DOMINGUEZ, and on behalf of all         :     DATE FILED: 11/27/2019
other persons similarly situated,               :
                                                :
                          Plaintiff,            :     1:19-cv-6724-GHW
                                                :
           -against-                            :            ORDER
                                                :
BRUSH HOLLOW INN LLC,                           :
                                                :
                          Defendant.            :
------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

In the Court's order dated October 16, 2019, Dkt. No. 10, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than November 25, 2019. The Court has not received either the joint status letter or the proposed case management plan. The parties are directed to comply with the Court's October 16, 2019 order forthwith.

Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: November 27, 2019
New York, New York
                                            _____
                                                    GREGORY H. WOODS
                                                  United States District Judge