# THE MARKS LAW FIRM, P.C.

November 27, 2019

<u>VIA ECF</u>
Hon. Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007

      RE: <u>Yovanny Dominguez v. Brush Hollow Inn LLC</u>
      Case no. 1:19-cv-06724-GHW

Dear Judge Woods,

      In accordance with Your Honor's November 27, 2019 order, Plaintiff provides this status report. To date, Defendant has failed to contact Plaintiff, appear, answer or otherwise move in this action. Therefore, Plaintiff intends to move for default. On November 25, 2019, Plaintiff requested a Clerk's Certificate of Default. Plaintiff requests that the currently scheduled initial conference be adjourned so Plaintiff may proceed with their default against Defendant.

      We thank you and the Court for its time and consideration on this matter.

`

      Respectfully submitted,

      The Marks Law Firm, P.C.

      By: _____
         Bradly G. Marks, Esq
         Attorney for Plaintiff

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com