UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
YOVANNY DOMINGUEZ,                                          **ORDER TO SHOW CAUSE**
                                                            **FOR ENTRY OF DEFAULT**
                                                            **JUDGMENT**
                            Plaintiff,

          -against-                                         *Civil Action No.:*
                                                            1:19-cv-06724-GHW

BRUSH HOLLOW INN LLC,

                            Defendants.
-------------------------------------X


        Upon the affirmation of Bradly G. Marks, Esq. and upon the exhibits hereto attached, it is

ORDERED that Defendant BRUSH HOLLOW INN LLC show cause before the Honorable

Judge Gregory H. Woods in Courtroom 2260 of 500 Pearl Street New York, NY 10007 on the

____ day of _____, 20__, at _____ or as soon thereafter as counsel may be

heard why an order should not be issued to the Plaintiff granting an Entry of Default Judgment

and such further and other relief as the Court deems just and proper.


Dated: New York, New York

        _____


                                                 _____
                                                 United States District Judge