```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
YOVANNY DOMINGUEZ,

                                   Plaintiff,

                -against-

BRUSH HOLLOW INN LLC,

                                 Defendants.

-------------------------------------X

**ORDER TO SHOW CAUSE
FOR ENTRY OF DEFAULT
JUDGMENT**

*Civil Action No.:*
1:19-cv-06724-GHW

*12C*

Upon the affirmation of Bradly G. Marks, Esq. and upon the exhibits hereto attached, it is

ORDERED that Defendant BRUSH HOLLOW INN LLC show cause before the Honorable

Judge Gregory H. Woods in Courtroom ~~2260~~ of 500 Pearl Street New York, NY 10007 on the

10th day of February , 2020 at 9:30am or as soon thereafter as counsel may be

heard why an order should not be issued to the Plaintiff granting an Entry of Default Judgment

and such further and other relief as the Court deems just and proper.

Dated: New York, New York

            January 14, 2020

*Defendants are advised that failure to respond to this Order to Show Cause may be grounds for granting a default judgment against them in which event the Defendant shall have no trial.*

_____
United States District Judge

*The Plaintiff shall file proof of service of this Order to Show Cause by January 17, 2020. Any opposition to this application shall be filed no later than February 5, 2020, and any reply shall be filed no later than February 7, 2020*