**ATTORNEY AFFIRMATION OF SERVICE**

STATE OF NEW YORK          :
                                      SS.:
COUNTY OF NEW YORK       :


I, A. Evelyn Rodriguez, an attorney at law admitted to practice before this Court, affirms
as follows:

On January 14, 2020, I served true copies of the Order to Show Cause for Entry of
Default Judgment along with supporting documents in the case entitled *Yovanny
Dominguez v. Brush Hollow Inn LLC, Index # 1:19-cv-6724-GHW* upon:


Brush Hollow Inn LLC
131 Jericho Tpk, Ste 101
Jericho, New York 11753


by depositing a true copy of same enclosed in a first class postpaid properly addressed
envelope in a post office or official depository under the exclusive care and custody of
the United States Postal Service within the State of New York.



DATED: 1/17/2020                    _____
                                                    A. Evelyn Rodriguez